## ALLEN STOKES V. STATE.

No. 24378. May 11, 1949.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

No. 24379. May 11, 1949.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, Austin, for the state.

DAVIDSON, Judge.

The offense is burglary, with punishment assessed at two years' confinement in the penitentiary.

Notice of appeal herein appears as a docket entry, only. This is insufficient; it must be entered of record, which means entered upon the minutes of the court. Art. 827, C. C. P.; Crozier v. State, 141 Tex. Cr. R. 407, 149 S. W. (2d) 108; Beasley v. State, 144 Tex. Cr. R. 366, 162 S. W. (2d) 968; Patton v. State, 203 S. W. (2d) 224.

The appeal is, accordingly, dismissed.

Opinion approved by the Court.